Mark M. Bettilyon (4798)
Peter M. de Jonge (7185)
Jed H. Hansen (10679)
**THORPE NORTH & WESTERN**
175 S. Main St., Suite 900
Salt Lake City, Utah 84111
    Telephone: (801) 566-6633

*Attorneys for Plaintiff*

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLIANCE SPORTS GROUP, L.P., A Texas limited liability partnership,<br><br>    Plaintiff<br>v.<br><br>EB BRANDS HOLDINGS, INC.,<br><br>    Defendant. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Civil Case No.: 2:16-cv-01116<br><br>District Judge Bruce S. Jenkins |

    IT IS HERBY STIPULATED AND AGREED that Plaintiff's claims in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(i) and (ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

    Dated this 17th day of May, 2017.

                                                                             THORPE NORTH & WESTERN

                                                                             */s/* Jed H. Hansen
                                                                             Mark M. Bettilyon
                                                                             Peter M. de Jonge
                                                                             Jed H. Hansen
                                                                             *Attorneys for Plaintiff*

WOOD BALMFORTH LLC

*/s/Mary Anne Q. Wood*
Mary Anne Q. Wood
60 East South Temple Street, Suite 500
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2017, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all approved ECF Counsel.

**Mary Anne Q. Wood**
WOOD BALMFORTH LLC
60 E SOUTH TEMPLE STE 500
SALT LAKE CITY, UT 84111
(801)366-6060
mawood@woodbalmforth.com

    /s/ Alexandra Thomas
Alexandra Thomas